124 A.3d 238

LAMAR WILLIAMS, PLAINTIFF–PETITIONER, v. AMERICAN AUTO LOGISTICS, DEFENDANT–RESPONDENT.

October 22, 2015.

It is ORDERED that the petition for certification is granted limited to the issue of whether petitioner was denied his right to a trial by jury.

124 A.3d 238

TRICARE TREATMENT SERVICES, L.L.C., PLAINTIFF–PETITIONER, v. CHATHAM BOROUGH PLANNING BOARD, CHATHAM BOROUGH BOARD OF ADJUSTMENT, THE MAYOR AND COUNCIL OF THE BOROUGH OF CHATHAM, ET AL., DEFENDANTS–RESPONDENTS.

October 22, 2015.

Denied.